UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
JEFFERY LEON COUCH  
9425 ALPINE PARK CT  
MONTGOMERY, AL 36117

Case No. 20-30679-CLH  
Chapter 13

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

> TRINITY CHRISTIAN MINISTRY  
> ATTN PAYROLL  
> 5783 CARMICHAEL PKWY  
> MONTGOMERY, AL  36117

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, March 17, 2022.

*/s/ Christopher L. Hawkins*  
Christopher L. Hawkins  
United States Bankruptcy Judge

cc:  Jeffery Leon Couch